**AXION RESOURCE MANAGEMENT, INC., Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant,**

**and**

**Lockheed Martin Federal Healthcare, Inc., Defendant–Appellant.**

**Nos. 2008–5072, 2008–5073.**

United States Court of Appeals, Federal Circuit.

Nov. 19, 2008.

### ORDER

The defendant-appellant's motion to reinstate the appeal is hereby granted.